THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LASHWAY, Appellant.

Submitted January 23, 2012; decided March 27, 2012

Reported below, 90 AD3d 1178.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE WATSON, Appellant.

Submitted February 21, 2012; decided March 27, 2012

Reported below, 82 AD3d 1276.

Motion to vacate this Court's February 8, 2012 dismissal order granted (*see* 18 NY3d 921 [2012]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. JAMES BELL, on Behalf of OKECHUKWU OKORONKWO, Appellant, v COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTIONS et al., Respondents.

Submitted January 30, 2012; decided March 27, 2012

Reported below, 89 AD3d 1046.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

CHRISTOPHER EARL STRUNK, Plaintiff, v DAVID PATERSON et al., Respondents. H. WILLIAM VAN ALLEN, Nonparty Appellant.

Decided March 27, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).